```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
GINA SHIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Gina.Shin@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARIA L. RAMIREZ, )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>MICHAEL J. ASTRUE, )<br>  Commissioner of Social Security, )<br>)<br>    Defendant. )<br>_____ ) | CIVIL NO. 2:06-CV-01811-KJM<br><br>STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

      Upon remand, this case will be assigned to an Administrative Law Judge ("ALJ"), who will be directed to further evaluate Plaintiff's residual functional capacity.  If, on further review, the ALJ's RFC assessment conflicts with the opinions of the physicians of record, including DDS opinions, the ALJ will be directed to articulate reasons for so finding.

      It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625

(1993).

                                                Respectfully submitted,

Dated: *August 24, 2007*     /s/ *Ann M. Cerney*
                                                *(As authorized via facsimile)*
                                                ANN M. CERNEY
                                                Attorney for Plaintiff

Dated: *August 24, 2007*     McGREGOR W. SCOTT
                                                United States Attorney
                                                LUCILLE GONZALES MEIS
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                                */s/ Gina Shin*
                                                GINA SHIN
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

                                                      ORDER

     APPROVED AND SO ORDERED.

DATED: August 27, 2007.

                                                  U.S. MAGISTRATE JUDGE