ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

MARIA L. RAMIREZ,

               Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

               Defendant.
_____/

CASE NO. 2:06-CV-01811-KJM

**ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

**<u>ORDER</u>**

    Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,486.52, pursuant to the stipulation of the parties.

    APPROVED AND SO ORDERED.

DATED: October 1, 2007.

_____
U.S. MAGISTRATE JUDGE

STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE
EQUAL ACCESS TO JUSTICE ACT (EAJA)